# PETITION: SMALL CLAIMS CASE

CASE NO. (court use only) __04-SC-22-00056__

In the Justice Court, Precinct __4__, __Collin__ County, Texas

**ER NEAR ME**
PLAINTIFF

VS.

**AETNA HEALTHCARE 1999 BRYAN ST, SUITE 900 DALLAS, TX 75201**
DEFENDANT(S)

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**ER Near Me provided medical services and was not paid a fair amount. Claim # EDY1P497800**

**RELIEF:** Plaintiff seeks damages in the amount of   **$2,385.76**  , and/or return of personal property as described as follows (be specific): _____ , which has a value of _____
Additionally, plaintiff seeks the following:

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**AETNA Healthcare, Registered Agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201**

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: **MBURK@ERNEARME24.COM**

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| | |
|---|---|
| **ER NEAR ME** | **/s/ MELODY BURK** |
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |
| | **11494 LUNA RD, SUITE 200** |
| **DEFENDANT(S) INFORMATION (if known):** | Address of Plaintiff's Attorney, if any, or Plaintiff if none |
| DATE OF BIRTH: _____ | |
| | **DALLAS, TX 75234** |
| *LAST 3 NUMBERS OF DRIVER LICENSE: _____ | City          State          Zip |
| *LAST 3 NUMBERS OF SOCIAL SECURITY: _____ | **Ph. 903-227-1875     Fax. 833-707-1994** |
| DEFENDANT'S PHONE NUMBER: _____ | Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none |
| | **MBURK@ERNEARME24.COM** |

Small Claim Petition. 7/2013